■ JOHN J. COTT et al., Appellants, v. GENERAL MOTORS CORP., Respondent.— Motion by respondent to dismiss appeal from judgment of the Supreme Court, Westchester County, entered February 2, 1959, granted, with $10 costs, and appeal dismissed. Motion by appellants to extend time to perfect appeal denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ FISHBERG AND LONDON BROS., Respondents, v. FERNDALE FARMS, INC., Appellant.— Motion by appellant for a stay of defendant's examination before trial pending determination of the appeal, granted on condition that appellant argue or submit the appeal at the January 1961 Term. Appeal ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before December 15, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Arbitration between ACE MECHANICAL CONTRACTORS, INC., Respondent, and GEVYN CONSTRUCTION CORP., Appellant.— Motion to stay arbitration proceeding pending determination of the appeal, granted upon the conditions set forth in the stipulation of the parties, dated October 7, 1960. Appellant is directed to argue or submit the appeal on December 9, 1960. The appeal is ordered on the calendar for said date. The record and appellant's brief must be served and filed on or before November 21, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ (A) In the Matter of BISMARK BENNETT, JR., et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction, Respondent. (B) In the Matter of WILLIAM BOWMAN et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction, Respondent. (C) In the Matter of LEON CHAVEROUS et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction, Respondent. (D) In the Matter of RALPH A. LA VALLEY et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction, Respondent.— Motion in the nature of an application for a writ of mandamus denied, without prejudice to any application by petitioners at the Special Term of the Supreme Court held in the judicial district embracing the county wherein the petitioners are incarcerated (Civ. Prac. Act, § 1287). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of CLEARVIEW GARDENS FIRST CORPORATION et al., Appellants, v. MAX H. FOLEY et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Respondents.— Motion by petitioners to stay respondents from proceeding to take any steps pursuant to and under the determination of the respondent board granting a variance for the construction of a gasoline service station, pending the determination of petitioners' appeal from an order of the Supreme Court, Queens County, dated June 23, 1960, confirming said determination and granting respondents' motions to dismiss the petition. Motion denied, without costs. (See Matter of Clearview Gardens First Corp. v. Foley, post, p. 1047.) Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.